In the Matter of WILLIAM LANDAU, an Alleged Incompetent Person, Appellant. UNITED STATES FIDELITY AND GUARANTY COMPANY et al., Respondents.

(Argued November 17, 1930; decided December 2, 1930.)

*William T. Van Alstyne* for appellant.
*William J. McArthur* and *Robert Gray* for respondents.

Appeal dismissed, without costs, on the ground that the incompetent and the special guardian are not parties to the proceeding nor persons aggrieved; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.